# REGISTER OF ACTIONS
## CASE NO. 22-0429-C368

**Dell Inc. vs. Laura DuBois**  §  Case Type: **Other - Civil**
§  Date Filed: **04/07/2022**
§  Location:
§
§

---

#### PARTY INFORMATION

|  |  | Lead Attorneys |
|---|---|---|
| **Defendant** | **DuBois , Laura** | |
| **Plaintiff** | **Dell Inc.** | **T. Cullen Wallace**<br>*Retained*<br>713-890-5000(W) |

---

#### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| Date | Event |
|---|---|
| 04/07/2022 | **Original Petition (OCA)** |
| 04/07/2022 | **Proposed Order** |
| 04/07/2022 | **Brief** |
| 04/07/2022 | **Motion For Discovery** |
| 04/07/2022 | **Proposed Order** |
| 04/11/2022 | **Temporary Restraining Order Hearing**  (9:00 AM) (Judicial Officers Kennon, Rick, Kennon, Rick) |
| 04/11/2022 | **Judge's Docket Entry** |
| 04/13/2022 | **Judge's Docket Entry** |
| 04/13/2022 | **Temporary Restraining Order (OCA L23)** |
| 04/14/2022 | **Discovery**  (9:00 AM) (Judicial Officers Kennon, Rick, Kennon, Rick) |
| 04/14/2022 | **Judge's Docket Entry** |
| 04/16/2022 | **Order** |
| 04/18/2022 | **Notice of Filing** |
| 04/26/2022 | **Temporary Restraining Order Hearing**  (9:00 AM) (Judicial Officers Kennon, Rick, Kennon, Rick) |