IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
MAY 11 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| DELL, INC., | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:22-CV-368-LY |
| | § | |
| LAURA DUBOIS, | § | |
| DEFENDANT. | § | |
| | § | |

### ORDER CLOSING CASE

Before the court is the above-referenced cause. On May 10, 2022, the parties filed a Joint Stipulation of Dismissal with Prejudice (Doc. #17) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). As nothing further remains to be resolved,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _11th_ day of May, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE